**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, and THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW
YORK,

                           Petitioners,                   26 **CIVIL** 0556 (VEC)

    -against-                             **JUDGMENT**

EXSERV INC.,

                          Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 30, 2026, the petition to confirm the arbitration Award is GRANTED. Accordingly, judgment is entered for Petitioners in the amount of $1,435,665.32, as follows: $1,328,741.79, reflecting the total unpaid award balance owed to Petitioners, with interest to be calculated at a rate of 9.5 percent from July 2, 2025, through the date of judgment in the amount of $104,788.58; $1,452.30, reflecting reasonable attorneys' fees accrued by Petitioners related to the instant Petition; and $682.65, reflecting reasonable costs accrued by Petitioners related to the filing of the instant Petition. Post-judgment interest shall accrue at the statutory rate on the total amount reflected above and the case is closed.

**Dated**: New York, New York
     May 1, 2026

                                    **TAMMI M. HELLWIG**
                                  _____
                                   **Clerk of Court**

                     **BY:**

                                      **Deputy Clerk**